Certificate Number: 14912-PAW-DE-037907929

Bankruptcy Case Number: 23-21737



14912-PAW-DE-037907929

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 3, 2023</u>, at <u>11:00</u> o'clock <u>AM EDT</u>, <u>Nikki Tiani-Moroney</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:  <u>November 3, 2023</u>　　　　By:  <u>/s/Jai Bhatt</u>

　　　　　　　　　　　　　　　　　　Name:  <u>Jai Bhatt</u>

　　　　　　　　　　　　　　　　　　Title:  <u>Counselor</u>