| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Nikki M. Tiani–Moroney** | Social Security number or ITIN | xxx–xx–3302 |
| | First Name   Middle Name   Last Name | EIN   __-_____ | |
| Debtor 2 | | Social Security number or ITIN | _ _ _ _ |
| (Spouse, if filing) | First Name   Middle Name   Last Name | EIN   __-_____ | |
| United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA | | | |
| Case number:   23–21737–CMB | | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Nikki M. Tiani–Moroney
aka Nikki M. Tiani Moroney, aka Nikki M. Tiani,
dba Busy Little Me's LLC

11/29/23

**By the court:** <u>Carlota M Bohm</u>
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for most taxes;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- ♦ some debts which the debtors did not properly list;

- ♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318                    **Order of Discharge**                    page 2

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                           Case No. 23-21737-CMB

Nikki M. Tiani-Moroney                                                                            Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                          User: admin                                      Page 1 of 3

Date Rcvd: Nov 29, 2023                       Form ID: 318                                      Total Noticed: 25

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 01, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Nikki M. Tiani-Moroney, 1081 Bethel Church Road, Latrobe, PA 15650-9263 |
| 15628563 | + | Fox Hill Equities LP, 1120 Fox Hill Drive, Monroeville, PA 15146-1662 |
| 15628564 | + | Keystone Collections Group, P.O. Box 499, Irwin, PA 15642-0499 |
| 15628566 | | MedExpress Urgent Care P.A., 3876 US-30, Latrobe, PA 15650 |
| 15628571 | + | PNC Bank, 1032 Latrobe 30 Plaza #400, Latrobe, PA 15650-2867 |
| 15628573 | + | Robert Moroney, 1081 Bethel Church Road, Latrobe, PA 15650-9263 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Nov 30 2023 05:18:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 30 2023 00:16:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| 15628558 | + | Email/Text: backoffice@affirm.com | Nov 30 2023 00:16:00 | Affirm, Inc., Attn: Bankruptcy, 650 California Street, Floor 12, San Francisco, CA 94108-2716 |
| 15628559 | + | Email/Text: bankruptcycourtnotices@amerihome.com | Nov 30 2023 00:16:00 | AmeriHome Mortgage, 1 Baxter Way, Suite 300, Thousand Oaks, CA 91362-3888 |
| 15628560 | + | EDI: CAPIO.COM | Nov 30 2023 05:18:00 | Capio Partners LLC, 3400 Texoma Parkway, Suite 100, Sherman, TX 75090-1916 |
| 15628561 | + | EDI: MAXMSAIDV | Nov 30 2023 05:18:00 | Dept of Ed/Aidvantage, P.O. Box 300001, Greenville, TX 75403-3001 |
| 15628562 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Nov 30 2023 00:16:00 | Fortiva, Attn: Bankruptcy, P.O. Box 105555, Atlanta, GA 30348-5555 |
| 15628567 | + | EDI: NAVIENTFKASMSERV.COM | Nov 30 2023 05:18:00 | Navient, Attn: Bankruptcy, P.O. Box 9500, Wilkes Barre, PA 18773-9500 |
| 15628568 | + | EDI: PENNDEPTREV | Nov 30 2023 05:18:00 | PA Department of Revenue, Bankruptcy Division, P.O. Box 788, Harrisburg, PA 17128-0001 |
| 15628568 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 30 2023 00:16:00 | PA Department of Revenue, Bankruptcy Division, P.O. Box 788, Harrisburg, PA 17128-0001 |
| 15628572 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 30 2023 00:16:00 | PNC Financial, Attn: Bankruptcy, 300 Fifth Avenue, Pittsburgh, PA 15222 |
| 15628570 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 30 2023 00:16:00 | Pnc Bank, 500 First Avenue, Mailstop |

District/off: 0315-2                              User: admin                                    Page 2 of 3
Date Rcvd: Nov 29, 2023                           Form ID: 318                                   Total Noticed: 25

| | | | | P7-PFSC-01-S, Pittsburgh, PA 15219 |
|---|---|---|---|---|
| 15628569 | + | Email/Text: recovery@paypal.com | Nov 30 2023 00:16:00 | PayPal, 2211 N 1st Street, San Jose, CA 95131-2021 |
| 15629314 | | EDI: PENNDEPTREV | Nov 30 2023 05:18:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 15629314 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 30 2023 00:16:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 15628574 | + | Email/Text: L28ce9a@svb.com | Nov 30 2023 00:16:00 | Silicon Valley Bank, 3003 Tasman Drive, Santa Clara, CA 95054-1191 |
| 15628575 | + | Email/Text: bankruptcynotices@squareup.com | Nov 30 2023 00:16:00 | Square, 1455 Market Street, Suite 600, San Francisco, CA 94103-1332 |
| 15628576 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Nov 30 2023 00:16:00 | Toyota Financial Services, Attn: Bankruptcy, P.O. Box 259001, Plano, TX 75025-9001 |
| 15628577 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Nov 30 2023 00:16:00 | Toyota Motor Credit, P.O. Box 9786, Cedar Rapids, IA 52409-0004 |
| 15628578 | ^ | MEBN | Nov 30 2023 00:14:00 | Transworld Systems Inc., 300 Cedar Ridge Drive, Suite 307, Pittsburgh, PA 15205-1159 |
| 15628579 | ^ | MEBN | Nov 30 2023 00:13:29 | Venmo, 95 Morton Street, Floor 5, New York, NY 10014-3336 |
| 15628580 | | Email/Text: bankruptcy@firstenergycorp.com | Nov 30 2023 00:16:00 | West Penn Power, P.O. Box 3687, Akron, OH 44309-3687 |

TOTAL: 22

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | M&T BANK |
| cr | | Toyota Lease Trust |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 15628565 | *+ | Keystone Collections Group, PO Box 499, Irwin, PA 15642-0499 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 01, 2023                   Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 29, 2023 at the address(es) listed below:**

District/off: 0315-2                         User: admin                                        Page 3 of 3
Date Rcvd: Nov 29, 2023                      Form ID: 318                                   Total Noticed: 25

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor M&T BANK bnicholas@kmllawgroup.com |
| Brian J. Bleasdale | on behalf of Debtor Nikki M. Tiani-Moroney bleasdb@yahoo.com |
| Charles O. Zebley, Jr. | on behalf of Trustee Charles O. Zebley  Jr. COZ@Zeblaw.com, PA67@ecfcbis.com;Lyndie@Zeblaw.com |
| Charles O. Zebley, Jr. | COZ@Zeblaw.com  PA67@ecfcbis.com;Lyndie@Zeblaw.com |
| Denise Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Toyota Lease Trust kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;jdryer@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

TOTAL: 7